People v Davis (2022 NY Slip Op 07417)

People v Davis

2022 NY Slip Op 07417

Decided on December 23, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2022

PRESENT: PERADOTTO, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Dec. 23, 2022.) 

MOTION NO. (822/20) KA 19-00250.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
SHEAHONNIE DAVIS, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis granted.